UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-22519-CIV-HOEVELER/GARBER

BANKFIRST, a South Dakota state bank,

    Plaintiff,

v.

KOBI KARP, an individual,

    Defendant.

**JOINT SCHEDULING REPORT**

Plaintiff BankFirst ("BankFirst") and Defendant Kobi Karp ("Karp"), by and through their undersigned attorneys and pursuant to Local Rule 16.1, file their Joint Scheduling Report and state as follows:

**A.  The Likelihood Of Settlement**

The parties expect to explore the possibility of settlement.

BankFirst respectfully submits that there is more likelihood of settlement after the Court decides the current pending motions.

**B.  The Likelihood Of Appearance In The Action Of Additional Parties**

At this time, the parties do not expect to amend to add additional parties to this action.

**C.  Proposed limits on the time:**

**(i)  To File Initial Disclosures:**

**BankFirst's Position:**  BankFirst respectfully submits that the exchange of initial disclosures is premature until the Court decides the two pending motions:  (1) BankFirst's Motion for Partial Judgment on the Pleadings

and (2) Karp's Motion for Leave to File Amended Answer and Affirmative Defenses.  Decision on these items will affect the scope of discovery and the length of time necessary to litigate this case.

**Karp's Position:**   July 27, 2009.  Karp respectfully submits that upon the filing of this Joint Scheduling Report that written discovery and depositions may commence.  The fact that BankFirst has filed a motion for judgment on the pleadings does not stay discovery.  The scheduling report and mandated exchange of documents is long overdue.

(ii)    **To Join Other Parties And To Amend The Pleadings:**

**BankFirst's Position:**  BankFirst respectfully submits that setting this deadline is premature until the Court decides the two pending motions:  (1) BankFirst's Motion for Partial Judgment on the Pleadings and (2) Karp's Motion for Leave to File Amended Answer and Affirmative Defenses.  Decision on these items will affect the scope of discovery and the length of time necessary to litigate this case.

**Karp's Position:**  September 14, 2009

(iii)   **To File And Hear Motions**

**BankFirst's Position:**  BankFirst respectfully submits that setting a deadline for filing and hearing motions is premature until the Court decides the two pending motions:  (1) BankFirst's Motion for Partial Judgment on the Pleadings and (2) Karp's Motion for Leave to File Amended Answer and Affirmative Defenses.  Decision on these motions will affect the scope of discovery and the length of time necessary to litigate this case.  BankFirst also respectfully submits that a year's worth of discovery and litigation is not necessary to submit summary judgment motions in this case.  BankFirst also respectfully suggests that Motions In Limine may be better served and decided closer to trial, and thus would suggest that two weeks' prior to trial would be more appropriate.

**Karp's Position:**  Summary Judgment Motions – July 1, 2010

Motions *In Limine* – 30 days before trial

(iv)    **To Complete Discovery**

**BankFirst's Position:**  BankFirst respectfully submits that timing the close of discovery is premature until the Court decides the two pending motions:  (1) BankFirst's Motion for Partial Judgment on the Pleadings and (2) Karp's Motion for Leave to File Amended Answer and

2

Affirmative Defenses.  Decision on these two motions will affect the scope of discovery dramatically and affect the length of time necessary to litigate this case to a final decision.  If the Court grants the Motion for Partial Judgment on the Pleadings, then discovery could be accomplished in less than 4 months' time.

**Karp's Position:**  April 1, 2010

D. **Proposals For The Formulation And Simplification Of Issues, Including The Elimination Of Frivolous Claims Or Defenses, And The Number And Timing Of Motions For Summary Judgment Or Partial Summary Judgment**

**BankFirst's Position:**  BankFirst respectfully submits that decision on the two pending motions:  (1) BankFirst's Motion for Partial Judgment on the Pleadings and (2) Karp's Motion for Leave to File Amended Answer and Affirmative Defenses will simplify the issues before the Court and eliminate frivolous claims and defenses.  Decision on these items will affect the scope of discovery and the length of time necessary to litigate this case.

**Karp's Position:**  Counsel shall meet before the Pretrial Conference or Calendar Call to discuss any proposals for the formulation and simplification of the issues.

BankFirst has already filed a motion for judgment on the pleadings and is waiting for the Court to rule on this motion.

Karp has recently retained new counsel and has filed a motion for leave to amend his answer and affirmative defenses and is waiting for the Court to rule on this motion.

Karp offers that Motions for summary judgment should be filed no later than July 1, 2010.

E. **The Necessity Or Desirability Of Amendments To The Pleadings**

Karp has filed a motion for leave to amend his answer and affirmative defenses and is waiting for the Court to rule on this motion.  BankFirst opposes Karp's pending motion for leave to amend.

The Parties reserve the right to seek the Court's leave to amend the pleadings, if necessary.

F.	**The Possibility Of Obtaining Admissions Of Fact And Of Documents, Electronically Stored Information Or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity Of Documents, Electronically Stored Information Of Things, And The Need For Advance Ruling From The Court On Admissibility Of Evidence**

Counsel will meet after the applicable discovery cut-off date and before the Pretrial Conference to discuss admissions and stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

G.	**Suggestions For The Avoidance Of Unnecessary Proof And Of Cumulative Evidence**

**BankFirst's Position:**  BankFirst respectfully submits a decision by the Court in the very near future on (1) BankFirst's Motion for Partial Judgment on the Pleadings and (2) Karp's Motion for Leave to File Amended Answer and Affirmative Defenses will affect the course of the case immediately and potentially dramatically.  As set forth in BankFirst's Motion for Partial Judgment on the Pleadings, scope of discovery and the length of time necessary to litigate this case will depend on which defenses, if any, Karp may assert.

**Karp's Position:**  At this time, Karp has no suggestions for the avoidance of unnecessary proof and cumulative evidence, but will continue to endeavor to find ways to litigate this case efficiently.

H.	**Suggestions On The Advisability Of Referring Matters To A Magistrate Judge Or Master**

**BankFirst's Position:**  BankFirst agrees to the submission of all matters to the assigned Magistrate Judge.

**Karp's Position:**  Karp does not object to referring non-dispositive motions and issues to the Magistrate Judge.

I.	**A Preliminary Estimate Of Time Required For Trial**

**BankFirst's Position:**  BankFirst respectfully submits that time necessary for trial cannot be estimated until the Court decides the two pending motions:  (1) BankFirst's Motion for Partial Judgment on the Pleadings and (2) Karp's Motion for Leave to File Amended Answer and Affirmative Defenses.  The time for trial depends on the number of factual issues to be tried, and that will be affected by the Court's decision on the above-referenced motions.

**Karp's Position:** Karp estimates a five (5) to seven (7) day trial.

J. **Requested Date Or Dates For Conferences Before Trial, A Final Pretrial Conference And Trial**

**BankFirst's Position:** BankFirst respectfully submits that a scheduling conference will enable the parties' and the Court to better estimate an approximate date for the pretrial conference and trial. As noted above, the scope of this action will be affected by the Court's rulings on the pending motions and may affect how long discovery should take and thus the date of the pretrial conference and the date of trial

**Karp's Position:** Pretrial Conference – September 20, 2010; Trial – commencing the week of October 4, 2010

K. **Any Other Information That Might Be Helpful To The Court In Setting The Case For Status Or Pretrial Conference**

**The Parties** respectfully request that the Court set a scheduling conference to discuss the issues raised above.

Karp respectfully submits that pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida, discovery may commence upon the filing of this Joint Scheduling Report.

Respectfully submitted, this 9th day of July, 2009.

| | |
|---|---|
| */s/ Alan H. Fein* | */s/ Cheryl E. Zuckerman* |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| ALAN H. FEIN | PETER D. RUSSIN |
| (Florida Bar No. 288349) | (Florida Bar No. 076502) |
| E-mail: afein@swmwas.com | Email: prussin@melandrussin.com |
| HAROLD D. MOOREFIELD, JR. | CHERYL E. ZUCKERMAN |
| (Florida Bar No. 239291) | (Florida Bar No. 176583) |
| E-mail: hmoorefield@swmwas.com | Email: czuckerman@melandrussin.com |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Meland Russin & Budwick, P.A. |
| Museum Tower, Suite 2200 | 200 S. Biscayne Blvd. |
| 150 West Flagler Street | Suite 3000 |
| Miami, FL 33130 | Miami, FL 33131 |
| Tel: (305) 789-3200 | Telephone: 305-358-6363 |
| Fax: (305) 789-3395 | Facsimile: 305-358-1221 |
| | |
| | *Counsel for Kobi Karp* |

-and-

ERIKA C. BIRG
(Florida Bar No. 0055435)
Admitted *Pro Hac Vice*
E-mail: ebirg@seyfarth.com
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA  30309-2401
Tel:  (404) 885-1500
Fax:  (404) 892-7056

-and-

GUS A. PALOIAN
(Illinois bar No. 06188186)
E-mail: gpaloian@seyfarth.com
SARA E. LORBER
(Illinois Bar No. 6229740)
E-mail: slorber@seyfarth.com
JAMES B. SOWKA
(Florida Bar No. 0869821)
E-mail: jsowka@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL  60603
Tel:  (312) 460-5000
Fax:  (312) 460-7000

*Attorneys for Plaintiff BankFirst*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of July 2009, I electronically filed the foregoing JOINT SCHEDULING REPORT with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         */s/ Alan H. Fein*_____
                                         ALAN H. FEIN

**Case No. 08-22519-CIV-HOEVELER/GARBER**
**SERVICE LIST**

Peter D. Russin, Esq.
Email:  prussin@melandrussin.com
Cheryl E. Zuckerman, Esq.
Email:  czuckerman@melandrussin.com
Meland Russin & Budwick, P.A.
200 S. Biscayne Blvd.
Suite 3000
Miami, FL  33131
Telephone:  305-358-6363
Facsimile:  305-358-1221

*Counsel for Kobi Karp*