UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.08-22519-CIV-HOEVELER/GARBER

FEDERAL DEPOSIT INSURANCE
CORPORATION (FDIC),

    Plaintiff,

v.

KOBI KARP, an individual,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance as counsel for BEAL BANK NEVADA and requests that they be served with all pleadings and papers in this matter per the applicable Federal Rules of Civil Procedure and the Local rules of the United States District Court For The Southern District of Florida, and would further state:

    1.    Review of the docket indicates that BankFirst initially filed this case on September 11, 2008. Thereafter, Bankfirst was closed by the South Dakota Division of Banking, and the FDIC was appointed as receiver on or about July 17, 2009.  As Receiver, the FDIC assumed all rights, titles, powers, privileges, and operations of Bankfirst for purposes of this litigation.

    2.    On August 12, 2009, the FDIC filed a <u>Motion To Substitute the FDIC as a Plaintiff and To Stay The Action With Incorporated Memorandum of Law</u>. (D.E. 36). In its motion, the FDIC advised the Court and all parties that certain interests of the FDIC in this litigation were transferred to BEAL BANK NV, with the FDIC retaining the remaining interests. (D.E. 36, at p.1-2).

    3.    On August 31, 2009, this Court entered an <u>Order Granting Motion To Substitute The</u>

FDIC v. KOBI KARP<br>
Case No.08-22519-CIV-HOEVELER<br>
Magistrate: GARBER

<u>FDIC as Plaintiff and To Stay the Action For 90 Days as of July 17, 2009</u>. (D.E. 38). The Court's Order appears to substitute the FDIC as Plaintiff for all purposes notwithstanding the advices by the FDIC that certain interests of the FDIC in this litigation were transferred to BEAL BANK NV.

4.  In light of the above, the undersigned enters an appearance in this matter on behalf of BEAL BANK NEVADA. Concurrently herewith, the undersigned has also filed a <u>Response to Defendant's Notice of Compliance with the August 31, 2009, Court Order Regarding Stay, and Motion for Status Conference</u>.

WHEREFORE, BEAL BANK NEVADA respectfully requests that the Court and all parties take notice of this <u>NOTICE OF APPEARANCE</u>, and that all pleadings and papers in this matter be served on the undersigned per the applicable Federal Rules of Civil Procedure and the Local Rules of the United States District Court For The Southern District of Florida.

Dated: October 21, 2009

Respectfully Submitted,
SEIDEN, ALDER, MATTHEWMAN & BLOCH P.A.
Attorneys for BEAL BANK NEVADA
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, FL 33487
Telephone:  (561) 416-0170
Facsimile:   (561) 416-0171


By: /s/ Michael W. McLeod, Esq.
    Andrew Seiden
    Florida Bar No. 373672
    aseiden@seidenlaw.com
    Michael W. McLeod
    Florida Bar No. 956831
    mmcleod@seidenlaw.com

FDIC v. KOBI KARP
Case No.08-22519-CIV-HOEVELER
Magistrate: GARBER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of October, 2009, to the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

SEIDEN, ALDER, MATTHEWMAN & BLOCH P.A.
Attorneys for BEAL BANK NEVADA
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, FL 33487
Telephone:   (561) 416-0170
Facsimile:   (561) 416-0171

By: /s/ Michael W. McLeod, Esq.
Andrew Seiden
Florida Bar No. 373672
aseiden@seidenlaw.com
Michael W. McLeod
Florida Bar No. 956831
mmcleod@seidenlaw.com

## SERVICE LIST

Stearns, Weaver, et al
*Counsel for Plaintiff*
Harold D. Moorefield, Jr., Esq.
Alan Harold Fein, Esq.
150 W. Flagler Street, Suite 2200
Miami, Fl.  33130

Seyfarth Shaw, LLP
*Counsel for Plaintiff*
James B. Sowka, Esq.
Gus. A Paloian, Esq.
Sara E. Lorber, Esq.
131 S. Dearborn Street, Suite 2400
Chicago, ILL 60603

Seyfarth Shaw, LLP
*Counsel for Plaintiff*
Erika C. Birg, Esq.
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Cheryl Zuckerman, Esq.
*Counsel for Kobi Karp*
Meland Russin & Budwick, P.A.
3000 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Fl.  33131
E-Mail: czuckerman@melandrussin.com

W:\864.005\Pleadings\N-Appearance and RFC.wpd